■ In the Matter of the Claim of SONIA DIAZ, Appellant. COMMISSIONER OF LABOR, Respondent. [868 NYS2d 554]—

Substantial evidence supports the Unemployment Insurance Appeal Board's finding that claimant made willful misrepresentations to obtain unemployment insurance benefits, thereby justifying the imposition of a recoverable overpayment and forfeiture of future benefits (*see Matter of Sexton [Commissioner of Labor]*, 51 AD3d 1312, 1312 [2008]), notwithstanding claimant's contention that the misrepresentations were not knowingly made (*see Matter of McBurney [Commissioner of Labor]*, 46 AD3d 1308 [2007]; *Matter of Piccirilli [Roberts]*, 92 AD2d 686 [1983]). Specifically, the record reveals that, during the benefits

period when claimant repeatedly certified that she was not employed or self-employed, she was engaged in start-up activities for a home daycare business, including acquiring a business certificate and tax identification number, registering with the Office of Children and Family Services, taking appropriate training and classes, purchasing business supplies and advertising for the business (*see Matter of Raspallo [Commissioner of Labor]*, 10 AD3d 751, 751-752 [2004]). Accordingly, the Board's decision is affirmed.

Mercure, J.P., Spain, Rose, Malone Jr. and Stein, JJ., concur. Ordered that the decision is affirmed, without costs.